NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-10367 |
| Plaintiff-Appellee, | D.C. No. 1:18-cr-00001-2 |
| v. | |
| LIANG LI, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of the Northern Mariana Islands
Ramona V. Manglona, District Judge, Presiding

Submitted November 18, 2019[**]

Before:     CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Liang Li appeals from the district court's judgment and challenges the

sentence of two years' probation and a fine of $4,000 imposed following his

guilty-plea conviction for making a false statement in a passport application, in

violation of 18 U.S.C. §§ 2 and 1542. We have jurisdiction under 28 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

§ 1291, and we affirm.

Li contends that, when calculating his Guideline range, the district court improperly denied him a two-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(a). The district court did not clearly err in finding that Li did not accept responsibility for his offense. *See United States v. Rodriguez*, 851 F.3d 931, 949 (9th Cir. 2017). The record reflects that Li consistently failed to demonstrate contrition and sought to minimize his conduct, which is inconsistent with accepting responsibility. *See id.*; *United States v. Scrivener*, 189 F.3d 944, 948 (9th Cir. 1999).

**AFFIRMED.**